FILED

2009 DEC 18  PM 3: 49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

1   RITA M. HAEUSLER, State Bar No: 110574
    haeusler@hugheshubbard.com
2   ALEX E. SPJUTE, State Bar No: 229796
    spjute@hugheshubbard.com
3   HUGHES HUBBARD & REED LLP
    350 South Grand Avenue, 36th Floor
4   Los Angeles, CA  90071-3442
    Telephone:  (213) 613-2800
5   Facsimile:  (213) 613-2950

6   Attorneys for Plaintiffs

7                UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9   BROADCAST MUSIC, INC., a New         Civ. Action No.:
    York corporation; CONCORD MUSIC,
10  GROUP, INC., a Delaware corporation,   **CV09  09316  RSWL (JCx)**
    d/b/a JONDORA MUSIC in California;
11  UNIVERSAL-SONGS OF POLYGRAM          COMPLAINT FOR:
    INTERNATIONAL, INC., a Delaware
12  corporation; ABKCO MUSIC, INC., a    1)  COPYRIGHT INFRINGEMENT,
    New York corporation; SONGS OF           17 U.S.C § 501 *et seq.*;
13  UNIVERSAL, INC., a California        2)  CONTRIBUTORY COPYRIGHT
    corporation; MOEBETOBLAME               INFRINGEMENT, 17 U.S.C. §
14  MUSIC, a California partnership;         501 *et seq.*; and
    CORAL REEFER MUSIC a California      3)  VICARIOUS COPYRIGHT
15  sole proprietorship; WELSH WITCH        INFRINGEMENT, 17 U.S.C.
    MUSIC, a California sole proprietorship;   § 501
16  WARNER-TAMERLANE
    PUBLISHING CORP., a California
17  corporation; RONDOR MUSIC
    INTERNATIONAL, INC., a California
18  corporation, d/b/a IRVING MUSIC;
    NIGHT GARDEN MUSIC, a division of
19  R.E.M./ATHENS, LTD; FOURTEENTH
    HOUR MUSIC INC., a Michigan
20  corporation; SPRINGTIME MUSIC,
    INC., a Michigan corporation;
21  UNIVERSAL MUSIC MGB NA LLC, a
    California limited liability company, d/b/a
22  UNIVERSAL MUSIC CAREERS;
    UNIVERSAL MUSIC-Z TUNES LLC, a
23  New York limited liability company, d/b/a
    UNIVERSAL MUSIC Z SONGS; PAUL
24  O'NEILL PUBLISHING,

25                          Plaintiffs,

26      vs.

27  T-MOBILE USA, INC., a Delaware
    Corporation and DOES 1 -10,
28                          Defendants.

40180889_1

1   Plaintiffs Broadcast Music, Inc.; Concord Music, Group, Inc. d/b/a

2   Jondora Music; Universal-Songs of Polygram International, Inc.; ABKCO Music,

3   Inc.; Songs of Universal, Inc.; Moebetoblame Music; Coral Reefer Music; Welsh

4   Witch Music; Warner-Tamerlane Publishing Corp.; Rondor Music International, Inc.

5   d/b/a Irving Music; Night Garden Music, a division of R.E.M./Athens, Ltd;

6   Fourteenth Hour Music Inc.; Springtime Music, Inc.; Universal Music MGB NA LLC

7   d/b/a Universal Music Careers; Universal Music-Z Tunes LLC d/b/a Universal Music

8   Z Songs; Paul O'Neill Publishing ("Plaintiffs"), by their attorneys, Hughes Hubbard

9   & Reed LLP, for their Complaint against Defendants, alleges as follows:

10                          **NATURE OF ACTION**

11          1.      This is an action arising from ongoing, voluminous and willful

12   copyright infringement by a national wireless cell phone service provider, T-Mobile

13   USA, Inc. ("T-Mobile"), which is engaged in, among other things, the provision of

14   a musical ringback tone service to its cell phone service subscribers. Despite

15   numerous notices and warnings over the course of several years, T-Mobile has

16   refused to obtain a license to publicly perform many thousands of BMI musical

17   works that it has transmitted, and continues to transmit every day in this district and

18   throughout the country without authorization.  Plaintiffs expect, through discovery,

19   to prove that hundreds or thousands of works in the BMI repertoire were performed

20   many thousands of times, in addition to the works specifically identified below.

21                      **JURISDICTION AND VENUE**

22          2.      This is an action for copyright infringement under the United States

23   Copyright Act of 1976, as amended, 17 U.S.C. § 101 et seq. (the "Copyright Act").

24   This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a).

25          3.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391

26   and 1400(a).

27

28

**THE PARTIES**

4.     Plaintiff Broadcast Music, Inc. ("BMI"), is a music performing rights organization, referred to as such in Section 101 of the Copyright Act.  BMI is a corporation organized and existing under the laws of the State of New York.  BMI's principal place of business is 320 West 57th Street, New York, New York 10019, and it has an office at 8730 Sunset Boulevard, Los Angeles, California 90069.  BMI has been granted the right to license the public performing right in approximately 6.5 million copyrighted musical works (the "BMI repertoire"), including those which are alleged herein to have been infringed.

5.     Plaintiff Concord Music, Group, Inc., a Delaware corporation, doing business as Jondora Music has an office at 2600 Tenth Street, Berkeley, California 94710.  This plaintiff is the copyright owner of at least one of the songs in this matter.

6.     Plaintiff Universal Songs Of Polygram International Inc., a Delaware Corporation, has an office at 2440 Sepulveda Blvd, Suite 100, Los Angeles, California 90064.  This plaintiff is the copyright owner of at least one of the songs in this matter.

7.     Plaintiff Abkco Music Inc., a New York corporation, has an office at 85 Fifth Avenue, 11th Floor, New York, New York 10003.  This plaintiff is the copyright owner of at least one of the songs in this matter.

8.     Plaintiff Songs Of Universal, Inc., a California corporation, has an office at 2440 Sepulveda Blvd, Suite 100, Los Angeles, California 90064.  This plaintiff is the copyright owner of at least one of the songs in this matter.

9.     Plaintiff Moebetoblame Music is a California partnership consisting of Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, and has an office at 11601 Wilshire Blvd., Suite 2200, Los Angeles, California 90025.  This plaintiff is the copyright owner of at least one of the songs in this matter.

1        10.    Plaintiff Coral Reefer Music is a California sole proprietorship owned

2    by James W. Buffett, and has an office at 1880 Century Park East, Suite 1600, Los

3    Angeles, California 94710.  This plaintiff is the copyright owner of at least one of

4    the songs in this matter.

5        11.    Plaintiff Welsh Witch Music is a California sole proprietorship owned

6    by Stephanie Nicks and has an office at 10635 Santa Monica Blvd., Los Angeles,

7    California 90025.  This plaintiff is the copyright owner of at least one of the songs

8    in this matter.

9        12.    Plaintiff Warner-Tamerlane Publishing Corp., a California corporation,

10   has an office at 10585 Santa Monica Blvd., Los Angeles, California 90025.  This

11   plaintiff is the copyright owner of at least one of the songs in this matter.

12       13.    Plaintiff Rondor Music International, Inc., a California corporation

13   doing business as Irving Music Inc. has an office at 2440 Sepulveda Blvd, Suite

14   100, Los Angeles, California 90064.  This plaintiff is the copyright owner of at

15   least one of the songs in this matter.

16       14.    Plaintiff Night Garden Music, a division of R.E.M./Athens, Ltd., has

17   an office at 170 College Avenue, Athens, Georgia 30601.  This plaintiff is the

18   copyright owner of at least one of the songs in this matter.

19       15.    Plaintiff Fourteenth Hour Music Inc., a Michigan corporation, has an

20   office at 6273 Branford Drive, West Bloomfield, Michigan 48322.  This plaintiff is

21   the copyright owner of at least one of the songs in this matter.

22       16.    Plaintiff Springtime Music, Inc., a Michigan corporation, has an office

23   at 2948 Turtle Pond Court, Bloomfield Township, Michigan 48302.  This plaintiff

24   is the copyright owner of at least one of the songs in this matter.

25       17.    Plaintiff Universal Music MGB NA LLC, a California limited liability

26   company doing business as Universal Music Careers has an office at 2440

27   Sepulveda Blvd, Suite 100, Los Angeles, California 90064.  This plaintiff is the

28   copyright owner of at least one of the songs in this matter.

18.    Plaintiff Universal Music-Z Tunes LLC, a New York limited liability company doing business as Universal Music Z Songs has an office at 2440 Sepulveda Blvd, Suite 100, Los Angeles, California 90064.  This plaintiff is the copyright owner of at least one of the songs in this matter.

19.    Plaintiff Paul F. O'Neill, doing business as Paul O'Neill Publishing has an office at 34-36 33rd Street, Astoria, New York 11106.  This plaintiff is the copyright owner of at least one of the songs in this matter.

20.    Defendant T-Mobile USA, Inc. ("T-Mobile"), a Delaware corporation with its principal place of business in Bellevue, Washington, is a national provider of wireless voice, messaging, and data services and is the fourth largest US wireless carrier in terms of subscribers. T-Mobile has numerous offices and other facilities in this district, including, but not limited to, retail stores at 259 South Broadway, Los Angeles, California 90013 and 717 West Olympic Boulevard, Los Angeles, California 90015. T-Mobile offers for sale, and sells, its wireless carrier services, including ringback tone service in this district. According to its earnings report for the second quarter of 2009, T-Mobile had approximately 33.5 million subscribers as of the end of the second quarter of 2009. T-Mobile reported total revenues of $21.885 billion for calendar year 2008 and $10.74 billion for the first half of calendar year 2009.  Upon information and belief, T-Mobile is an indirect subsidiary of Deutsche Telekom AG.

**ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF**

21.    Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 20.

22.    With the launch of its "Caller Tunes" ringback tone service in December 2004, T-Mobile became the first US wireless carrier to make ringback tones available nationwide.

23.    A ringback tone is custom audio transmission pre-selected by a T-Mobile subscriber that is heard by a caller when calling the T-Mobile subscriber

after dialing, which takes the place of the conventional ring heard by the caller before the call is answered. The audio transmission on a ringback tone is typically a sound recording of a musical work.

24.     Ringback tones are stored on the ringback tone provider's server(s), in this case T-Mobile's, and are streamed to the caller's phone and simultaneously audible to the caller.

25.     Ringback tones are to be contrasted with "ringtones," which are sound files of musical works which are downloaded by individual cellphone customers and stored on the customer's cellphone, and which replace the conventional ringing heard by the recipient of a call.

26.     T-Mobile offers its "Caller Tunes" ringback tone service for $1.49/month, and in addition, each individual Caller Tune purchased by a subscriber costs $1.99 each.  Upon information and belief, as of the date of this Complaint T-Mobile offered hundreds of different musical works to its customers to choose among.

27.     Upon information and belief, T-Mobile has, in the course of offering, selling and transmitting its Caller Tunes, infringed upon the copyrights in hundreds or thousands of copyrighted works in the BMI repertoire through its streaming of many thousands of ringback tone performances without the consent of BMI or the individual copyright owners.

28.     All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.  Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against T-Mobile.

29.     Annexed as the Schedule and incorporated herein is a list identifying fifty-six (56) of the many musical works whose copyrights were infringed by Defendant.  Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical work related to

1    that claim; Line 3 identifying the writer(s) of the musical work; Line 4 noting the

2    publisher(s) of the musical work and the plaintiff(s) in this action pursuing the

3    claim at issue; Line 5 providing the date on which the copyright registration was

4    issued for the musical work; Line 6 indicating the Registration number(s); Line 7

5    showing some of the date(s) of infringement; and Line 8 identifying some of the

6    locations where the infringement occurred (all references to "Lines" are to lines on

7    the Schedule).

8          30.    Each of the musical works identified on the Schedule, Line 2, was

9    created by the persons named on Line 3.

10         31.    On or about the dates indicated on Line 5, the publishers named on

11   Line 4 (including any predecessors in interest), complied in all respects with the

12   requirements of the Copyright Act and received from the Register of Copyrights

13   Certificates of Registration bearing the numbers listed on Line 6.

14         32.    On the dates listed on Line 7, Plaintiff BMI was and still is the licensor

15   of the public performing rights in the musical works identified on Line 2.  On the

16   dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of

17   the copyright in the respective musical work listed on Line 2.

18         33.    On the dates listed on Line 7, T-Mobile transmitted, and publicly

19   performed and/or caused the musical works identified on Line 2 to be publicly

20   performed without a license or authorization to do so. Thus, T-Mobile has

21   committed copyright infringement of each of the musical works listed on the

22   Schedule.

23         34.    T-Mobile performed and/or caused such musical works to be publicly

24   performed notwithstanding repeated warnings from Plaintiff BMI that T-Mobile's

25   public performances without permission from the copyright owners did and would

26   constitute willful infringement of copyright in violation of Title 17 of the United

27   States Code.

28         35.    The individual musical works cited herein are illustrative of at least

1  thousands of other infringements committed by T-Mobile of works owned by

2  plaintiff music publishers as well as numerous other music publishers affiliated

3  with BMI as to which BMI has been granted the authority to bring claims of

4  infringement.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C § 501 et seq.)

7      36.    Plaintiffs repeat and restate the allegations set forth in paragraphs 1

8  through 35 as though fully set forth herein.

9      37.    The public performance by T-Mobile through its Caller Tunes service

10 of musical works in the BMI repertoire without permission from the copyright

11 owners of the works constitutes an infringement of copyright in violation of Title

12 17 of the United States Code.

13       38.    The specific acts of copyright infringement alleged, as well as

14 T-Mobile entire course of conduct, have caused and are causing Plaintiffs great and

15 incalculable damage.  By continuing to provide unauthorized public performances

16 of works in the BMI repertoire, T-Mobile threatens to continue committing

17 copyright infringement. Unless this Court restrains T-Mobile from committing

18 further acts of copyright infringement, Plaintiffs will suffer irreparable injury for

19 which they have no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

### (Contributory Copyright Infringement, 17 U.S.C. § 501 et seq.)

22      39.    Plaintiffs repeat and restate the allegations set forth in paragraphs 1

23 through 38 as though fully set forth herein.

24      40.    In addition and in the alternative to T-Mobile's liability to plaintiffs for

25 direct infringement, T-Mobile, through its marketing of Caller Tunes, its hosting of

26 Caller Tunes files on its servers, and its transmission of Caller Tunes at the instance

27 of its subscribers, has induced and encouraged the direct infringement by its

28 subscribers of the musical works copyrights in the BMI repertoire.

COMPLAINT FOR: 1) COPYRIGHT INFRINGEMENT, 17 U.S.C § 501 et seq.; 2) CONTRIBUTORY COPYRIGHT INFRINGEMENT,
17 U.S.C. § 501 et seq.; and 3) VICARIOUS COPYRIGHT INFRINGEMENT, 17 U.S.C. § 501

1    41.    T-Mobile is liable to plaintiffs as a contributory infringer.

2    **THIRD CLAIM FOR RELIEF**

3    **(Vicarious Copyright Infringement, 17 U.S.C. § 501)**

4    42.    Plaintiffs repeat and restate the allegations set forth in paragraphs 1

5    through 41 as though fully set forth herein.

6    43.    T-Mobile has profited from the direct infringements by its subscribers.

7    44.    T-Mobile had and has the right and ability to stop the direct

8    infringements by its subscribers but has declined to do so.

9    45.    In addition and in the alternative to T-Mobile's liability to plaintiffs for

10    direct and contributory infringement, T-Mobile is vicariously liable to plaintiffs for

11    the direct infringements by its subscribers.

12    **RELIEF REQUESTED**

13    WHEREFORE, Plaintiffs demand that:

14    1.    Defendant T-Mobile, its agents, servants, employees, and all persons

15    acting under their permission and authority, be enjoined and restrained from

16    infringing, in any manner, the copyrighted musical works licensed by BMI, pursuant

17    to 17 U.S.C. § 502;

18    2.    T-Mobile be ordered to pay statutory damages per claim of willful

19    infringement, pursuant to 17 U.S.C. § 504(c);

20    3.    T-Mobile be ordered to pay costs, including reasonable attorney's fees,

21    pursuant to 17 U.S.C. § 505; and

22    4.    That Plaintiffs have such other and further relief as is just and equitable.

23    DATED:  December *18*, 2009    RITA M. HAEUSLER
24                                         ALEX E. SPJUTE
                                            HUGHES HUBBARD & REED LLP
25
26    By: _____
                                            Rita M. Haeusler
27                                         Attorney For Plaintiffs

28

40180889_1

**SCHEDULE**

# *Schedule*

| Line 1 | Claim No. | 1 |
|--------|-----------|---|
| Line 2 | Musical Composition | Bad Moon Rising |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 4/17/69       7/11/69 |
| Line 6 | Registration No(s). | Eu 110913       Ep 260524 |
| Line 7 | Date(s) of Infringement | 10/30/09       12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 2 |
|--------|-----------|---|
| Line 2 | Musical Composition | Ballad Of Jane |
| Line 3 | Writer(s) | Michael Cripps p/k/a Mick Cripps; Tracii Ulrich p/k/a Tracii Guns; Henri Perret p/k/a Kelly Nickels; Steve Riley; Philip Lewis |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 8/28/89 |
| Line 6 | Registration No(s). | PA 448-559 |
| Line 7 | Date(s) of Infringement | 10/29/09       12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 3 |
|--------|-----------|---|
| Line 2 | Musical Composition | Bennie And The Jets |
| Line 3 | Writer(s) | Bernard Taupin; Elton John |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 3/7/74 |
| Line 6 | Registration No(s). | Efo 170947 |
| Line 7 | Date(s) of Infringement | 10/29/09   12/11/09 |
| Line 8 | Place of Infringement | California and New York |

---

| Line 1 | Claim No. | 4 |
|--------|-----------|---|
| Line 2 | Musical Composition | Bitch |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 8/9/71 |
| Line 6 | Registration No(s). | Ep 289675 |
| Line 7 | Date(s) of Infringement | 10/30/09   12/11/09 |
| Line 8 | Place of Infringement | California and New York |

---

| Line 1 | Claim No. | 5 |
|--------|-----------|---|
| Line 2 | Musical Composition | Born To Be Wild |
| Line 3 | Writer(s) | Mars Bonfire |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 10/10/68   2/5/68 |
| Line 6 | Registration No(s). | Ep 250554   Eu 35989 |
| Line 7 | Date(s) of Infringement | 10/29/09   12/11/09 |
| Line 8 | Place of Infringement | California and New York |

---

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | Brown Sugar |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 2/23/71     8/9/71 |
| Line 6 | Registration No(s). | Eu 235987    Ep 289673 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 7 |
|---|---|---|
| Line 2 | Musical Composition | Californication |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary p/k/a Flea; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/29/99 |
| Line 6 | Registration No(s). | PAu 2-357-353 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 8 |
|---|---|---|
| Line 2 | Musical Composition | Candle In The Wind |
| Line 3 | Writer(s) | Bernard Taupin; Elton John |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 3/7/74 |
| Line 6 | Registration No(s). | Efo 170947 |
| Line 7 | Date(s) of Infringement | 10/29/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 9 |
|---|---|---|
| Line 2 | Musical Composition | Change Is Gonna Come AKA A Change Is Gonna Come |
| Line 3 | Writer(s) | Sam Cooke |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 1/6/92     6/25/92 |
| Line 6 | Registration No(s). | RE 570-151    RE 586-521 |
| Line 7 | Date(s) of Infringement | 10/30/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 10 |
|---|---|---|
| Line 2 | Musical Composition | Cheeseburger In Paradise |
| Line 3 | Writer(s) | Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | James W. Buffett, an individual d/b/a Coral Reefer Music |
| Line 5 | Date(s) of Registration | 5/30/78 |
| Line 6 | Registration No(s). | PA 55-980 |
| Line 7 | Date(s) of Infringement | 10/30/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 11 |
|---|---|---|
| Line 2 | Musical Composition | Come Monday |
| Line 3 | Writer(s) | Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 3/18/74 |
| Line 6 | Registration No(s). | Eu 469048 |
| Line 7 | Date(s) of Infringement | 10/29/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Crocodile Rock |
| Line 3 | Writer(s) | Elton John; Bernie Taupin |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 11/17/72 |
| Line 6 | Registration No(s). | Efo 159444 |
| Line 7 | Date(s) of Infringement | 10/29/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | Daniel |
| Line 3 | Writer(s) | Elton John; Bernie Taupin |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 2/14/73 |
| Line 6 | Registration No(s). | Efo 161087 |
| Line 7 | Date(s) of Infringement | 10/29/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | Down On The Corner |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 11/17/69 |
| Line 6 | Registration No(s). | Eu 149503 |
| Line 7 | Date(s) of Infringement | 10/30/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 15 |
| Line 2 | Musical Composition | Dreams |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 4/1/77    8/22/77 |
| Line 6 | Registration No(s). | Eu 772675   Ep 373129 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 16 |
| Line 2 | Musical Composition | Fortunate Son |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 11/17/69   2/16/70 |
| Line 6 | Registration No(s). | Eu 149502   Ep 272078 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 17 |
| Line 2 | Musical Composition | Get Off My Cloud AKA Get Off Of My Cloud |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 9/28/65      7/6/70 |
| Line 6 | Registration No(s). | Eu 909853    Ep 274902 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 18 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Give It Away a/k/a Giveitaway |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary a/k/a Flea; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/6/92 |
| Line 6 | Registration No(s). | PA 561-585 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/14/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 19 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Goodbye Yellow Brick Road |
| Line 3 | Writer(s) | Elton John; Bernie Taupin |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs Of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 3/7/74 |
| Line 6 | Registration No(s). | Efo 170947 |
| Line 7 | Date(s) of Infringement | 10/29/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 20 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Have You Ever Seen The Rain a/k/a Have You Ever Seen The Rain? |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 12/10/70 |
| Line 6 | Registration No(s). | Eu 222228 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 21 |
| Line 2 | Musical Composition | Heart Of Stone |
| Line 3 | Writer(s) | Keith Richard; Mick Jagger |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 1/6/92          1/8/65 |
| Line 6 | Registration No(s). | RE 573-287     Ef 29753 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/14/09 |
| Line 8 | Place of Infringement | California and New York |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 22 |
| Line 2 | Musical Composition | Honky Cat |
| Line 3 | Writer(s) | Elton John; Bernie Taupin |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs Of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 6/19/72 |
| Line 6 | Registration No(s). | Efo 157240 |
| Line 7 | Date(s) of Infringement | 10/29/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 23 |
| Line 2 | Musical Composition | I've Been Loving You Too Long To Stop Now a/k/a I've Been Loving You Too Long |
| Line 3 | Writer(s) | Otis Redding; Jerry Butler |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 1/4/93          1/4/93<br>8/1/69          4/29/65 |
| Line 6 | Registration No(s). | RE 608-237     RE 608-279<br>Ep 261627      Eu 880146 |
| Line 7 | Date(s) of Infringement | 10/29/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

---

| Line 1 | Claim No. | 24 |
|---|---|---|
| Line 2 | Musical Composition | Joy To The World |
| Line 3 | Writer(s) | Hoyt Axton |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 11/20/70   4/12/71 |
| Line 6 | Registration No(s). | Eu 218428   Ep 284915 |
| Line 7 | Date(s) of Infringement | 10/29/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 25 |
|---|---|---|
| Line 2 | Musical Composition | Let's Spend The Night Together |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 1/16/67   7/6/70 |
| Line 6 | Registration No(s). | Eu 978269   Ep 274901 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/14/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 26 |
|---|---|---|
| Line 2 | Musical Composition | Losing My Religion |
| Line 3 | Writer(s) | William T. Berry; Peter Lawrence Buck; Mike Mills; Michael Stipe |
| Line 4 | Publisher Plaintiff(s) | Night Garden Music, A Division of R.E.M./Athens, Ltd. |
| Line 5 | Date(s) of Registration | 7/31/91 |
| Line 6 | Registration No(s). | PA 541-342 |
| Line 7 | Date(s) of Infringement | 10/29/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 27 |
| Line 2 | Musical Composition | Margaritaville |
| Line 3 | Writer(s) | James William Buffett a/k/a Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | James W. Buffett, an individual d/b/a Coral Reefer Music |
| Line 5 | Date(s) of Registration | 2/14/77    2/22/80 |
| Line 6 | Registration No(s). | Eu 763463    PA 59-700 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 28 |
| Line 2 | Musical Composition | Mother's Little Helper |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 1/27/66    7/6/70 |
| Line 6 | Registration No(s). | Eu 922163    Ep 274943 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/14/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 29 |
| Line 2 | Musical Composition | Mustang Sally |
| Line 3 | Writer(s) | Bonny Rice |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. |
| Line 5 | Date(s) of Registration | 4/27/93          3/22/65 |
| Line 6 | Registration No(s). | RE 627-422    Eu 873659 |
| Line 7 | Date(s) of Infringement | 11/2/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 30 |
| Line 2 | Musical Composition | Proud Mary |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 12/27/68     7/11/69 |
| Line 6 | Registration No(s). | Eu 91333     Ep 260526 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 31 |
| Line 2 | Musical Composition | Radio Song |
| Line 3 | Writer(s) | William T. Berry; Peter Lawrence Buck; Mike Mills; Michael Stipe |
| Line 4 | Publisher Plaintiff(s) | Night Garden Music, A Division of R.E.M./Athens, Ltd. |
| Line 5 | Date(s) of Registration | 7/31/91 |
| Line 6 | Registration No(s). | PA 541-336 |
| Line 7 | Date(s) of Infringement | 10/29/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 32 |
| Line 2 | Musical Composition | Rocket Man |
| Line 3 | Writer(s) | Elton John; Bernie Taupin |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 5/8/72 |
| Line 6 | Registration No(s). | Efo 156255 |
| Line 7 | Date(s) of Infringement | 10/29/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 33 |
|---|---|---|
| Line 2 | Musical Composition | Rubberband Man a/k/a The Rubberband Man |
| Line 3 | Writer(s) | Linda Creed; Thomas Bell |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 6/10/76        10/18/76 |
| Line 6 | Registration No(s). | Eu 710509     Ep 359209 |
| Line 7 | Date(s) of Infringement | 10/29/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 34 |
|---|---|---|
| Line 2 | Musical Composition | Scar Tissue |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 4-5-99 |
| Line 6 | Registration No(s). | PAu 2-391-891 |
| Line 7 | Date(s) of Infringement | 10/30/09        12/14/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 35 |
|---|---|---|
| Line 2 | Musical Composition | Shambala |
| Line 3 | Writer(s) | Daniel Moore |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 4/9/73     6/6/73 |
| Line 6 | Registration No(s). | Eu 398898   Ep 312773 |
| Line 7 | Date(s) of Infringement | 10/29/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 36 |
| Line 2 | Musical Composition | Shiny Happy People |
| Line 3 | Writer(s) | William T. Berry; Peter Lawrence Buck; Mike Mills; Michael Stipe |
| Line 4 | Publisher Plaintiff(s) | Night Garden Music, A Division of R.E.M./Athens, Ltd. |
| Line 5 | Date(s) of Registration | 7/31/91 |
| Line 6 | Registration No(s). | PA 541-344 |
| Line 7 | Date(s) of Infringement | 10/29/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 37 |
| Line 2 | Musical Composition | Street Fighting Man |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 8/26/68   7/6/70 |
| Line 6 | Registration No(s). | Eu 70720   Ep 274930 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/14/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 38 |
| Line 2 | Musical Composition | Suck My Kiss |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/6/92 |
| Line 6 | Registration No(s). | PA 560-919 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/14/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 39 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Who'll Stop The Rain |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 1/12/70    2/16/70 |
| Line 6 | Registration No(s). | Eu 156192    Ep 271324 |
| Line 7 | Date(s) of Infringement | 10/30/09    12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 40 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Why I Sing The Blues |
| Line 3 | Writer(s) | B.B. King; Dave Clark |
| Line 4 | Publisher Plaintiff(s) | Universal Music MGB NA LLC d/b/a Universal Music Careers; Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 4/23/69 |
| Line 6 | Registration No(s). | Eu 125357 |
| Line 7 | Date(s) of Infringement | 10/29/09    12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 41 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Wild Horses |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 4/24/70   8/9/71 |
| Line 6 | Registration No(s). | Eu 180744   Ep 289676 |
| Line 7 | Date(s) of Infringement | 10/30/09    12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 42 |
| --- | --- | --- |
| Line 2 | Musical Composition | You Are Not Alone |
| Line 3 | Writer(s) | Robert Kelly |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs |
| Line 5 | Date(s) of Registration | 1/29/96 |
| Line 6 | Registration No(s). | PA 789-976 |
| Line 7 | Date(s) of Infringement | 10/29/09     12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 43 |
| --- | --- | --- |
| Line 2 | Musical Composition | Breaking The Girl |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/6/92 |
| Line 6 | Registration No(s). | PA  568-699 |
| Line 7 | Date(s) of Infringement | 10/30/09     12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 44 |
| --- | --- | --- |
| Line 2 | Musical Composition | Other Side a/k/a Otherside |
| Line 3 | Writer(s) | Michael Balzary, John Frusciante, Anthony Kiedis, Chad Smith |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/30/99 |
| Line 6 | Registration No(s). | PAu 2-390-367 |
| Line 7 | Date(s) of Infringement | 10/30/09     12/14/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 45 |
| Line 2 | Musical Composition | Around The World |
| Line 3 | Writer(s) | Anthony Kiedis, Michael Balzary, John Frusciante, Chad Smith |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/30/99 |
| Line 6 | Registration No(s). | PAu  2-390-376 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 46 |
| Line 2 | Musical Composition | I Alone |
| Line 3 | Writer(s) | Patrick Dahlheimer, Chad Taylor, Edward Kowalczyk, Chad Gracey |
| Line 4 | Publisher Plaintiff(s) | Universal Music MGB NA LLC d/b/a Universal Music Careers |
| Line 5 | Date(s) of Registration | 4/29/94 |
| Line 6 | Registration No(s). | PA  720-662 |
| Line 7 | Date(s) of Infringement | 10/29/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 47 |
| Line 2 | Musical Composition | By The Way |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 7/29/02 |
| Line 6 | Registration No(s). | PA 1-060-611 |
| Line 7 | Date(s) of Infringement | 10/30/09          12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 48 |
| Line 2 | Musical Composition | Zephyr Song a/k/a The Zephyr Song |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 7/29/02 |
| Line 6 | Registration No(s). | PA 1-060-608 |
| Line 7 | Date(s) of Infringement | 10/30/09      12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 49 |
| Line 2 | Musical Composition | Are You Ready For Love |
| Line 3 | Writer(s) | Thomas Bell; LeRoy Bell; Casey James |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 9/26/77      6/13/79 |
| Line 6 | Registration No(s). | Eu 827427      PA 47-092 |
| Line 7 | Date(s) of Infringement | 10/29/09      12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 50 |
| Line 2 | Musical Composition | I'll Be Around |
| Line 3 | Writer(s) | Thomas Bell; Phil Hurtt |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/26/73 |
| Line 6 | Registration No(s). | Ep 310074 |
| Line 7 | Date(s) of Infringement | 10/29/09      12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 51 |
| Line 2 | Musical Composition | One More Chance |
| Line 3 | Writer(s) | Robert Kelly |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs |
| Line 5 | Date(s) of Registration | 3/12/04 |
| Line 6 | Registration No(s). | PA 1-158-894 |
| Line 7 | Date(s) of Infringement | 10/29/09     12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 52 |
| Line 2 | Musical Composition | Dani California |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 6/1/06 |
| Line 6 | Registration No(s). | PA 1-334-481 |
| Line 7 | Date(s) of Infringement | 10/30/09     12/14/09 |
| Line 8 | Place of Infringement | California and New York |

| | | |
|---|---|---|
| Line 1 | Claim No. | 53 |
| Line 2 | Musical Composition | Tell Me Baby |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 6/1/06 |
| Line 6 | Registration No(s). | PA 1-334-496 |
| Line 7 | Date(s) of Infringement | 10/30/09     12/14/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 54 |
|---|---|---|
| Line 2 | Musical Composition | Snow Hey Oh |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary, Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 6/1/06 |
| Line 6 | Registration No(s). | PA 1-334-482 |
| Line 7 | Date(s) of Infringement | 10/30/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 55 |
|---|---|---|
| Line 2 | Musical Composition | Can't Stop |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 7/29/02 |
| Line 6 | Registration No(s). | PA 1-060-605 |
| Line 7 | Date(s) of Infringement | 10/30/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

| Line 1 | Claim No. | 56 |
|---|---|---|
| Line 2 | Musical Composition | O Come All Ye Faithful |
| Line 3 | Writer(s) | Paul O'Neill |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Paul F. O'Neill, an individual d/b/a Paul O'Neill Publishing |
| Line 5 | Date(s) of Registration | 11/26/04 |
| Line 6 | Registration No(s). | PA 1-262-554 |
| Line 7 | Date(s) of Infringement | 10/29/09        12/11/09 |
| Line 8 | Place of Infringement | California and New York |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV09- 9316 RSWL (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., a New York corporation; CONCORD MUSIC GROUP, INC., a Delaware corporation, d/b/a JONDORA MUSIC in California; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC., a Delaware corporation; ABKCO MUSIC, INC., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; MOEBETOBLAME MUSIC, a California partnership; CORAL REEFER MUSIC a California sole proprietorship; WELSH WITCH MUSIC, a California sole proprietorship; WARNER-TAMERLANE PUBLISHING CORP., a California corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation, d/b/a IRVING MUSIC; NIGHT GARDEN MUSIC, a division of R.E.M./ATHENS, LTD; FOURTEENTH HOUR MUSIC INC., a Michigan corporation; SPRINGTIME MUSIC, INC., a Michigan corporation; UNIVERSAL MUSIC MGB NA LLC, a California limited liability company, d/b/a UNIVERSAL MUSIC CAREERS; UNIVERSAL MUSIC-Z TUNES LLC, a New York limited liability company, d/b/a UNIVERSAL MUSIC Z SONGS; PAUL O'NEILL PUBLISHING, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiffs* | ) |
| v. | ) ) |
| T-MOBILE USA, INC., a Delaware Corporation and DOES 1-10, | ) ) |
| *Defendants* | ) ) |

**CV09   09316** RSWL (JCx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    T-MOBILE USA, INC.
    12920 SE 38th Street
    Bellevue, WA  98006

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rita M. Haeusler, Esq.
HUGHES HUBBARD & REED LLP
350 S. Grand Avenue, 36th Floor
Los Angeles, CA  90071-3442

Telephone:  (213) 613-2800
Facsimile:  (213) 613-2950

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* **CHRISTOPHER POWERS**

**SEAL**

Date:    DEC 1 8 2009                         _____
                                            *Signature of Clerk or Deputy Clerk*



American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
BROADCAST MUSIC, INC., a New York corporation;
[additional Plaintiffs on Attachment]

**DEFENDANTS**
T-MOBILE USA, INC., a Delaware Corporation and DOES 1 -10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Rita M. Haeusler (State Bar No. 110574)
HUGHES HUBBARD & REED LLP
350 S. Grand Avenue, 36th Floor
Los Angeles, California 90071-3442
Telephone: (213) 613-2800 Facsimile: (213) 613-2950

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No          ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV09 09316**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | New York, Alameda County |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Washington |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _(signature)_          Date _December 18, 2009_

Rita M. Haeusler

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
ATTACHMENT TO CIVIL COVER SHEET

Additional Plaintiffs:

CONCORD MUSIC, GROUP, INC., a Delaware corporation, d/b/a JONDORA MUSIC in California; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC., a Delaware corporation; ABKCO MUSIC, INC., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; MOEBETOBLAME MUSIC, a California partnership; CORAL REEFER MUSIC a California sole proprietorship; WELSH WITCH MUSIC, a California sole proprietorship; WARNER-TAMERLANE PUBLISHING CORP., a California corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation, d/b/a IRVING MUSIC; NIGHT GARDEN MUSIC, a division of R.E.M./ATHENS, LTD; FOURTEENTH HOUR MUSIC INC., a Michigan corporation; SPRINGTIME MUSIC, INC., a Michigan corporation; UNIVERSAL MUSIC MGB NA LLC, a California limited liability company, d/b/a UNIVERSAL MUSIC CAREERS; UNIVERSAL MUSIC-Z TUNES LLC, a New York limited liability company, d/b/a UNIVERSAL MUSIC Z SONGS; PAUL O'NEILL PUBLISHING